Harold A. BATES, Appellant,

v.

MERCHANTS MUTUAL INSURANCE
COMPANY, Appellee.

No. 407, Docket 32083.

United States Court of Appeals
Second Circuit.

Argued April 11, 1968.

Decided April 25, 1968.

Bonney & Nicit, Waterloo, N. Y., on the brief, for appellant.

John C. Kinney, Syracuse, N. Y. (Bond, Schoeneck & King and John M. Freyer, Syracuse, N. Y., on the brief), for appellee.

Before LUMBARD, Chief Judge, and WATERMAN and KAUFMAN, Circuit Judges.

PER CURIAM:

We affirm the judgment in favor of the defendant in this diversity action wherein the plaintiff insured sought to recover from the insurance company for bad faith failure to settle two claims within policy limits, for the reasons stated in Judge Port's opinion below, reported at 277 F.Supp. 308 (N.D.N.Y.1967).

UNITED STATES of America,
Plaintiff-Appellee,

v.

Pellegrino MILLO, Defendant-Appellant.

No. 513, Docket 29743.

United States Court of Appeals
Second Circuit.

April 25, 1968.

Before LUMBARD, Chief Judge, and WATERMAN and HAYS, Circuit Judges.

PER CURIAM:

After we affirmed the conviction of Millo, 354 F.2d 224 (2 Cir. 1965), appellant petitioned the Supreme Court of the United States for the issuance of a writ of certiorari to review that affirmance. The writ having been granted, the judgment of conviction in the district court and the judgment of this court affirming the conviction were vacated and the action was remanded to us, sub nom Piccioli v. United States, 390 U.S. 202, 88 S. Ct. 899, 19 L.Ed.2d 1034 (1968), for further consideration in the light of Marchetti v. United States, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed.2d 889 (1968).

After taking further consideration we now on the authority of *Marchetti* remand the case to the district court and direct that the indictment be dismissed.